# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **WILLIAM GLEN DICKINSON, JR.** | **:** | **DOCKET NO. 6:21-CV-1941** |
| **VERSUS** | **:** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ACADIA PARISH JAIL, ET AL** | **:** | **MAGISTRATE JUDGE WHITEHURST** |

## MEMORANDUM ORDER

Before the Court is a filing by pro se plaintiff William Glen Dickinson, Jr., interpreted by this Court as Motion to Investigate Acadia Parish.  Doc. 21.  Courts are not investigatory agencies. Additionally, private citizens have no constitutional right to have their claims investigated by federal or local executive officials. *See, e.g., Gomez v. Whitney*, 757 F.2d 1005 (9th Cir.1985); *see also Hymel v. Champagne*, 2007 U.S. Dist. LEXIS 99033, 2007 WL 1030207 (E.D. La. 2007).

Accordingly, it is **ORDERED** that the plaintiff's Motion to Investigate (doc. 21) is **DENIED**.

THUS DONE AND SIGNED in Chambers this 21st day of March, 2022.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**