UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM GLEN DICKINSON, JR. | DOCKET NO. 6:21-CV-1941 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ACADIA PARISH JAIL, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Join the Lawsuit (rec. doc. 20) be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 7th day of June, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE