UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILLIAM GLENN DICKINSON, JR.      DOCKET NO. 2:21-cv-1941
     SECTION P

VERSUS      JUDGE ROBERT R. SUMMERHAYS

ACADIA PARISH JAIL, ET AL      MAGISTRATE JUDGE WHITEHURST

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED THAT IT IS ORDERED, ADJUDGED AND DECREED THAT** that the Motion to Dismiss filed by Defendant Lisa Bertrand (doc. 35) be **GRANTED** and all claims against her be **DISMISSED WITH PREJUDICE.**

THUS DONE in Chambers on this ___16th___ day of November, 2022.

Robert R. Summerhays
United States District Judge