# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**WILLIAM GLENN DICKINSON, JR.**     **DOCKET NO. 6:21-cv-1941**
                                                                         **SECTION P**

**VERSUS**                                                      **JUDGE ROBERT R. SUMMERHAYS**

**ACADIA PARISH JAIL, ET AL**          **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment filed by defendant Jody Thibeaux (rec. doc. 52), be **GRANTED** and all claims against him be dismissed with prejudice.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 1st day of May, 2023.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**