UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM GLENN DICKINSON, JR.** | **DOCKET NO. 6:21-cv-1941** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ACADIA PARISH JAIL, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against defendants Dartez and Benoit be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 1st day of May, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE